In the Matter of the Claim of JERRY CORYER, Respondent, v. CITY OF PLATTSBURGH et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.